**TO CHASE CREDIT CARD HOLDERS WHO WERE ENROLLED IN A PAYMENT PROTECTION PRODUCT BETWEEN SEPTEMBER 1, 2004 AND NOVEMBER 11, 2010**

You may be entitled to a payment under a proposed class action settlement.  In a lawsuit entitled *Kardonick v. JPMorgan Chase & Co.*, Case No. 10-cv-23235 (S.D. Fla.), the Plaintiffs allege that Chase's credit card business engaged in breaches of contract, unfair and deceptive practices, and other wrongdoing in connection with "payment protection" products – products that offer relief from credit card debt under circumstances such as unemployment, disability or death.  Chase denies these allegations and denies any wrongdoing.

Chase's records indicate that you are probably a member of the settlement class because you were enrolled in a payment protection product on a Chase-issued credit card at some time between 9/1/2004 and 11/11/2010.  Class members may (1) file a claim for money from the settlement, (2) exclude themselves from the settlement, or (3) object to the settlement.  To file a claim, go to www.KardonickSettlement.com or write to the Kardonick Settlement Administrator at the address below.  If the settlement is approved, estimated claims payments will be between $15 and $60, before administration costs, attorney fees, and legal expenses.  **You cannot receive a payment unless your claim is received by #/##/2011**.

If you want to exclude yourself from the settlement (and receive no money from the settlement), the Kardonick Settlement Administrator must receive your request for exclusion **no later than #/##/2011** at the address below.  If the settlement is approved, all class members who do not exclude themselves will give up any right to sue Chase or related parties for any known or unknown claims relating to payment protection products, as more fully described in the settlement.  If you think the Court should reject the settlement, you or your attorney may send a written objection to: U.S. District Court for the Southern District of Florida, 400 North Miami Ave., Miami, FL 33128.  Objections must be received **no later than _____, 2011**.  Objectors who send in timely objections may speak about the settlement in Court at a hearing currently scheduled for #/##/2011.  **To obtain the full instructions for excluding yourself or filing an objection, go to www.KardonickSettlement.com or write the Kardonick Settlement Administrator at the address below**.

This is only a summary of the settlement and your rights.  To obtain the full class notice or for more information, go to www.KardonickSettlement.com or write to Kardonick Settlement Administrator, c/o Heffler, Radetich & Saitta, LLP, 1515 Market, Suite 1700, Philadelphia, PA 19102**.  DO NOT CALL THE COURT, CHASE OR CHASE'S COUNSEL REGARDING THIS NOTICE.**