*Kardonick v. JPMorgan Chase & Co., 10-cv-23235 (S.D. Fla.)*

# CLAIM FORM

**To receive benefits from this Settlement, your claim form must be received on or before _____.
Mail your completed and signed claim form to:**

**Kardonick Settlement Administrator
P. O. Box _____
Philadelphia, PA  19105- _____**

You must complete all four sections and sign below in order to receive any benefits from this Settlement.

1. **CLAIMANT INFORMATION:**

   _____  \_\_  _____
   FNAME1                                                                           MI1   LNAME1

   _____  \_\_  _____
   FNAME2                                                                           MI2   LNAME2

   _____
   ADDRESS 1

   _____
   ADDRESS 2

   _____    _____    _____ - _____
   CITY                                                                                                            STATE          ZIP                 ZIP4 (optional)

   DATE OF BIRTH _____ / _____ / _____

2. **EITHER** state the number that appears on the mailing label of the postcard you received here _____, **OR** state the last four digits of your Social Security Number here _____, **OR** state the last four digits of **ANY** of your Chase credit card accounts that were enrolled in a Payment Protection Product at some time between September 1, 2004 and November 11, 2010 here _____.

3. Please check the box next to the statement that is correct about you:

   ☐   I **have** been discharged in bankruptcy for the Chase account(s) that were enrolled in a Payment Protection Product.

   ☐   I **have not** been discharged in bankruptcy for the Chase account(s) that were enrolled in a Payment Protection Product.

4. Please check all boxes that apply.  If you do not check at least one box your claim will not be paid.

   ☐   I made a claim for Chase Payment Protection benefits and my claim was denied.

   ☐   I was billed for or enrolled in a Chase Payment Protection Product without my knowledge or consent **and/or** I was self-employed, retired, seasonally employed, or employed less than 30 hours per week (or less than 15 hours per week for students), or I voluntarily forfeited my job (resigned) at some point during my enrollment in a Chase Payment Protection Product.

   ☐   None of the above categories apply to me, but I am not completely satisfied with the Chase Payment Protection Product(s) in which I was enrolled at some point between September 1, 2004 and November 11, 2010.

I declare that I have accurately filled out this form to the best of my knowledge.

   Signature: _____

   Name (please print): _____

   Date: _____