10 CV 23235 WMH

April 9, 2011

REC'D by AP D.C.

APR 11 2011

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

Clerk of the Court
Southern District of Florida
400 North Miami Ave.
Miami, Florida 33128

Dear Sirs,

    Please be advised that the part of the settlement that I object to is the amount of settlement. What is the dollar amount that I am out per the agreement, the fees and penalties that I incurred? We should t the very least me entitled to a percentage of 10% or above to that amount.

    The bank records should indicate what amount is due each account. That should be the venders' responsibility. We as consumers have already paid for Chase's accounting and reconciliation methods.

    I am a teacher and my daughter is a college student. I don't make enough money to agree to an unfair amount from the settlement.
Thank you for your time and findings.

*Helene Conaway*
Helene Conaway
429 Burr Oak Court
Virginia Beach, Virginia 23454
(757) 295-1012

Cc:    Carney Williams Bates Bozeman & Pulliam, PLLC
       11311 Arcade Drive, Suite 200
       Little Rock, Arkansas 72212

       Zachary Parks
       Covington & Burling LLP
       1201 Pennsylvania Avenue NW
       Washington, DC 20004

Helene Conaway
429 Burr Oak Court
Virginia Beach, Virginia 23454

Clerk of the Court
Southern District of Florida
400 North Miami Ave.
Miami, Florida 33128