UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. *10CV23235 WMH*.

The attached hand-written document
has been scanned and is also available in the
SUPPLEMENTAL PAPER FILE

10CV 23235 WMH

FILED by ___ D.C.
APR 19 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

I Mamie Hicks do have a claim in this matter please include me in.

Mamie Hicks

1728 Alum Rock Ct
Modesto CA, 95358

JP Morgan Chase & Co.
Case No: CV-23235 (S.D. FLA)

Mamie Hicks
1728 Alum Rock ct
Modesto Ca 95358

US District Court of Florida
400 North Miami ave
Miami FL 33128