UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-23235 CN WMH

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

10CV23235 WMH

Vera Bishop
P.O Box 2519
Hemet Ca 92546-2519

Kardonicks Settlement;

FILED by ___ D.C.
APR 25 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Dear To Whom It May Concern.

I am writing to inform you that I wish to be excluded from the settlement ( and receive no money from the settlement )

Sincerely yours
Mrs Vera Bishop

Thanks you.

Vera Bishop
P.O. Box 2519
Hemet, CA
92546-2519

U.S. District Court
District of Florida Southern
400 North Miami Ave.
Miami, Florida 33128