UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DAVID KARDONICK, JOHN DAVID, and MICHAEL CLEMINS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>  v.<br><br>JPMORGAN CHASE & CO. and CHASE BANK USA, N.A.<br><br>        Defendants. | <br><br><br><br><br><br><br>C. A. No. 1-10-cv-23235-WMH |

**[PROPOSED] ORDER APPROVING PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

Upon review of Plaintiffs' Motion and Incorporated Memorandum of Law in Support of Plaintiffs' Application for Attorneys' Fees and Reimbursement of Litigation Expenses, it is hereby ORDERED as follows:

1. The Court Approves Plaintiffs' Application for Attorneys' Fees and Reimbursement of Litigation Expenses.

SO ORDERED

Dated: _____, 2011

_____
The Honorable William Hoeveler
United States District Judge