UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

David Kardonik, John David, and Michael
Clemins, individually and on behalf of all
others similarly situated and the general public,

  Plaintiffs,          CASE No. 1:10-cv-23235-WMH

V.

JP Morgan Chase & Co, and Chase Bank
USA, N.A.

  Defendants.

William McWhorter

  Objector         /

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

  Notice is hereby given that Class Member/Objector William McWhorter appeals to the United States Court of Appeals for the Eleventh Circuit from the September 16, 2011 Final Judgment and Order of Dismissal (Doc 384) entered by the Honorable William M. Hoeveler, Senior United States District Judge.

                Respectfully submitted,

                /s/   N. Albert Bacharach, Jr.
                N. Albert Bacharach, Jr.
                Florida Bar No. 209783
                Attorney for Objector William McWhorter
                N. Albert Bacharach, Jr. P.A.
                115 Northeast 6th Avenue
                Gainesville, Florida  32601
                Telephone:  (352) 378-9859
                Facsimile:  (352) 338-1858
                N.A.Bacharach@att.net

## NOTICE OF SERVICE OF APPEAL

  To comply with Rule 3(d) of the Federal Rules of Appellate Procedure in this CM/ECF filing case the foregoing Notice of Appeal to the United States Court of Appeals for the Eleventh Circuit was filed electronically with the Clerk of the Court using the CM/ECF filing system and all counsel of record will automatically be notified by The District Clerk through the CM/ECF electronic mail system.

              /s/   N. Albert Bacharach, Jr.
              N. Albert Bacharach, Jr.
              Florida Bar No. 209783
              Attorney for Objector William McWhorter
              N. Albert Bacharach, Jr. P.A.
              115 Northeast 6th Avenue
              Gainesville, Florida  32601
              Telephone:  (352) 378-9859
              Facsimile:  (352) 338-1858
              N.A.Bacharach@att.net